83,885-01

No. _____

## IN THE STATE OF TEXAS COURT
## OF CRIMINAL APPEALS ON
## ORIGINAL ACTION JURISDICTION

## APPLICANT'S PRO SE MOTION SEEKING COURT LEAVE TO
## FILE ORIGINAL ACTION APPLICATION FOR
## WRIT OF HABEAS CORPUS

To the HONORABLE CLERK of said COURT:

Comes now IRSHAD ISMAIL BAIG, pro se Applicant in cause sub judice and

submits his pro-se MOTION SEEKING COURT LEAVE TO FILE ORIGINAL ACTION

APPLICATION FOR WRIT OF HABEAS CORPUS.

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 14 2015

Abel Acosta, Clerk

I.

### JURISDICTIONAL STATEMENT

(1) Applicant IRSHAD ISMAIL BAIG is being restrained of his constitutional protected

liberty and property interest by virtue of Fort Bend County Cause Number 14-CCR-

177950 under color of STATE OF TEXAS statutory law contrary to and inconsistent

with the official Constitution(s) of Texas and United States of America. Texas Code

of Criminal Procedure (2012) Articles 11.01, 11.04, 11.05, 11.09.

II.

### STATEMENT OF CASE

(2) Applicant was initially charged by Information under Article 22.01 (a) (1) Texas

Code of Criminal Procedure (See Attachment A - Fort Bend County Register of

Actions) on or about December 17, 2014.

Page **1** of **3**

(3) On or about April 23, 2015 Applicant filed his pro-se Application For Writ of Habeas Corpus, Article 11.09 Tex. Code Crim. Proc. (2012). See Attachment A.

(4) In the United States Supreme Court Case of LaChance V. Erickson 522 U.S. 262, 266; 118 S. ct. 753 (1998) and progeny it was plainly established "IF A LIBERTY INTEREST IS CREATED BY STATUTE, DUE PROCESS REQUIRES NOTICE AND MEANINGFUL OPPORTUNITY TO BE HEARD." Furthermore, in TARTER V. HURY 646 F. 2d 1010 (5th Cir. 1981) and progeny this Circuit plainly established "Pro se litigant entitled to have pro-se motions considered by court although he had appointed counsel".

(5) Applicant IRSHAD ISMAIL BAIG, while proceeding pro-se during prosecution of Cause Number 14-CCR-177950, made numerous documented attempts to have the Fort Bend County Court #3 entertain his pro-se Art. 11.09 Habeas Corpus Application, however, said trial court has to date ignored every single pleading Applicant had properly filed. During over 130 days of documented prosecution of said Cause (supra) the trial court has set and reset said Cause for jury trial. Clearly, taking the case to jury trial would blatantly moot and thus deny Applicant's State of Texas and United States Constitutional Right/Entitlement to have his Art. 11.09 Application entertained, addressed by the trial court.

(6) On or about September 10, 2015 Applicant filed his pro-se motion to "WITHDRAW SUBJECT MATTER JURISDICTION IN ORDER TO PROCEED ORIGINAL ACTION JURISDICTION OF TEXAS COURT OF CRIMINAL APPEALS." See Attachment B [3 Motions].

PREMISES CONSIDERED:

(7) Applicant prays the Court to GRANT LEAVE TO FILE ORIGINAL ACTION

ARTICLE 11.09 Application For Writ OF HABEAS CORPUS attached hereto and

thereafter GRANT/ISSUE THE WRIT sua sponte; in all things. So Moved and

Prayed.



IRSHAD ISMAIL BAIG

11706 Nobility Drive, Stafford, TX 77477

Sworn to and Subscribed

before me this /2 /7 day

of September 2015

Notary Public for

Fort Bend County, Texas

NOTARY PUBLIC
STATE OF TEXAS
AMIN M MEERZA
My Commission Expires
June 1, 2016

Skip to Main Content Logout My Account Search Menu New Criminal Search Refine Search Back                    Location : Fort Bend   Images Help

# REGISTER OF ACTIONS
## CASE NO. 14-CCR-177950

| | | |
|---|---|---|
| State of Texas vs Irshad Ismail Baig | §<br>§<br>§<br>§<br>§ | Case Type: **Adult Misdemeanor - Filed by Information**<br>Date Filed: **12/17/2014**<br>Location: **County Court at Law 3** |

---

### RELATED CASE INFORMATION

**Related Cases**
15-CCR-180026 (Other)

---

### PARTY INFORMATION

| | | | Attorneys |
|---|---|---|---|
| Defendant | Baig, Irshad Ismail<br>Stafford, TX 77477 | Male Asian<br>5' 8", 190 lbs | |
| State | State of Texas<br>Richmond, TX 77469 | | Robert Clopton<br>281-341-4460(W) |

---

### CHARGE INFORMATION

| Charges: Baig, Irshad Ismail | Statute | Level | Date |
|---|---|---|---|
| 1. ASSAULT CAUSES BODILY INJURY FAMILY VIOLENCE | 22.01 (a)(1) | Class A Misdemeanor | 11/09/2014 |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 12/17/2014 | **Complaint** |
| 12/17/2014 | **Information** |
| 12/17/2014 | **Docket Sheet** |
| 12/17/2014 | **Application/Request for Summons**<br>*BY STATE* |
| 12/17/2014 | **Warrant Information Sheet** |
| 12/29/2014 | **Summons - Mail**<br>*IRSHAD ISMAIL BAIG* |
| 12/29/2014 | **Summons**<br>Baig, Irshad Ismail                    Unserved |
| 01/23/2015 | **Reset** |
| 02/27/2015 | **Motion (No Fee)**<br>*to dismiss counsel of record* |
| 02/27/2015 | **Motion (No Fee)**<br>*for self representation at jury trial and all related court process* |
| 02/27/2015 | **Motion (No Fee)**<br>*for court to set date on docket for motions hearing* |
| 02/27/2015 | **Motion (No Fee)**<br>*requesting court to order clerk/reporter to make complete transcription of all open court proceedings* |
| 03/06/2015 | **Motion (No Fee)**<br>*to Quash* |
| 03/06/2015 | **Order**<br>*on Motion to Quash* |
| 03/09/2015 | **Notice of Non-Indigency**        Doc ID# 1 |
| 03/10/2015 | **Reset** |
| 03/27/2015 | **Reset** |
| 04/07/2015 | **Reset** |
| 04/07/2015 | **Jury** |
| 04/07/2015 | **Motion (No Fee)**<br>*requesting Pre-Trial Identification Hearing* |
| 04/20/2015 | **Affidavit**<br>*of Nolle Prosequi* |
| 04/23/2015 | **Writ of Habeas Corpus Pre-Judgment**<br>*returned unsigned 4/29/15* |
| 06/10/2015 | **Motion (No Fee)**<br>*Defendant's Pro-Se Motion Seeking Pre-Trial Suppression of Evidence Hearing* |
| 06/23/2015 | **Application for Subpoena**<br>*By State* |
| 06/26/2015 | **Subpoena - Constable 2**<br>*Kausar Jehan Baig* |
| 06/26/2015 | **Subpoena - Constable 2**<br>*Kausar Jehan Baig (Duces Tecum)* |
| 06/26/2015 | **Subpoena - Constable 2**<br>*Kelly Davis* |
| 06/26/2015 | **Subpoena - Constable 4** |

|            |                            | Shobana Muratee |            |
|------------|----------------------------|-----------------|------------|
| 06/26/2015 | **Subpoena**               |                 |            |
|            | Baig, Kausar Jehan         | Returned Unserved 07/07/2015 |  |
|            |                            | Returned        | 07/07/2015 |
| 06/26/2015 | **Subpoena**               |                 |            |
|            | Baig, Kausar Jehan         | Returned Unserved 07/07/2015 |  |
|            |                            | Returned        | 07/07/2015 |
| 06/26/2015 | **Subpoena**               |                 |            |
|            | Davis, Kelly               | Served          | 07/01/2015 |
|            |                            | Returned        | 07/06/2015 |
| 06/26/2015 | **Subpoena**               |                 |            |
|            | Muratee, Shobana           | Returned Unserved 07/15/2015 |  |
|            |                            | Returned        | 07/15/2015 |
| 06/30/2015 | **Reset**                  |                 |            |
| 07/06/2015 | **Application for Subpoena** |               |            |
|            | *State*                    |                 |            |
| 07/07/2015 | **Subpoena - Constable 2** |                 |            |
|            | *Kausar Baig (Duces Tecum)* |                |            |
| 07/07/2015 | **Subpoena**               |                 |            |
|            | Baig, Kausar Jehan         | Served          | 07/14/2015 |
|            |                            | Returned        | 07/15/2015 |
| 07/07/2015 | **Subpoena - Constable 2** |                 |            |
|            | *Kausar Baig*              |                 |            |
| 07/07/2015 | **Subpoena .**             |                 |            |
|            | Baig, Kausar Jehan         | Served          | 07/14/2015 |
|            |                            | Returned        | 07/15/2015 |
| 07/07/2015 | **Subpoena - Constable 2** |                 |            |
|            | *Kelly Davis*              |                 |            |
| 07/07/2015 | **Subpoena**               |                 |            |
|            | Davis, Kelly               | Served          | 07/09/2015 |
|            |                            | Returned        | 07/10/2015 |
| 07/07/2015 | **Subpoena - Constable 4** |                 |            |
|            | *Shobana Muratee*          |                 |            |
| 07/07/2015 | **Subpoena**               |                 |            |
|            | Muratee, Shobana           | Returned Unserved 07/15/2015 |  |
|            |                            | Returned        | 07/15/2015 |
| 07/10/2015 | **Motion (No Fee)**        |                 |            |
|            | *Defendant Pro Se Motion*  |                 |            |
| 07/14/2015 | **Copy Request**           |                 |            |
| 07/14/2015 | **Motion for Discovery**   |                 |            |
|            | *and order*                |                 |            |
| 07/14/2015 | **Motion (No Fee)**        |                 |            |
|            | *requesting finding of fact with conclusions of law; and order* | | |
| 07/15/2015 | **Motion (No Fee)**        |                 |            |
|            | *objection to trial court consolidation of more than one charging instrument offense for prosecution in a single trial* | | |
| 07/20/2015 | **Motion (No Fee)**        |                 |            |
|            | *Def Notice to Court and State on Intent to Produce Expert Witness* | | |
| 07/20/2015 | **Motion (No Fee)**        |                 |            |
|            | *Def. Pro-Se Motion Electing Trial Jury to Assess Punishment* | | |
| 07/21/2015 | **Reset**                  |                 |            |
| 07/21/2015 | **Affidavit**              |                 |            |
|            | *Pro Se*                   |                 |            |
| 07/21/2015 | **Affidavit**              |                 |            |
|            | *Pro Se*                   |                 |            |
| 07/21/2015 | **Motion (No Fee)**        |                 |            |
|            | *Def. Pro-Se Motion to Dismiss Cause Sub Judice For Want of Prosecution* | | |
| 07/28/2015 | **Application for Subpoena** |               |            |
| 08/03/2015 | **Subpoena - Constable 2** |                 |            |
|            | *Kausar Jehan Baig*        |                 |            |
| 08/03/2015 | **Subpoena - Constable 2** |                 |            |
|            | *Kausar Jehan Baig (Duces Tecum)* |          |            |
| 08/03/2015 | **Subpoena - Constable 2** |                 |            |
|            | *Kelly Davis*              |                 |            |
| 08/03/2015 | **Subpoena - Constable 4** |                 |            |
|            | *Shobana Muratee*          |                 |            |
| 08/03/2015 | **Subpoena**               |                 |            |
|            | Baig, Kausar Jehan         | Returned Unserved 08/14/2015 |  |
|            |                            | Returned        | 08/14/2015 |
| 08/03/2015 | **Subpoena**               |                 |            |
|            | Baig, Kausar Jehan         | Returned Unserved 08/27/2015 |  |
|            |                            | Returned        | 08/27/2015 |
| 08/03/2015 | **Subpoena**               |                 |            |
|            | Davis, Kelly               | Served          | 08/05/2015 |
|            |                            | Returned        | 08/10/2015 |
| 08/03/2015 | **Subpoena**               |                 |            |
|            | Muratee, Shobana           | Served          | 08/20/2015 |
|            |                            | Returned        | 08/24/2015 |
| 09/03/2015 | **Request**                |                 |            |
|            | *For Order of Protection Regarding Disclosure of Evidence* | | |
| 09/04/2015 | **Order**                  |                 |            |
|            | *Of Protection Regarding Disclosure of Evidence - not signed* | | |
| 09/04/2015 | **Motion (No Fee)**        |                 |            |
|            | *Applicant Pro Se Motion T Expedite Disposition of Subject Matter In Article 11.09 Application For Habeous Corpus Relief* | | |
| 09/15/2015 | **Jury Trial** (11:00 AM) (Judicial Officer Lowery, Susan G.) | | |

*Pro Se*

*01/23/2015 Reset by Court to 03/10/2015*

*03/10/2015 Reset by Court to 03/27/2015*

*03/27/2015 Reset by Court to 04/07/2015*

*04/07/2015 Reset by Court to 07/07/2015*

*07/07/2015 Reset by Court to 07/21/2015*

*07/21/2015 Reset by Court to 09/15/2015*

| | |
|---|---|
| STATE OF TEXAS | ) IN THE COUNTY COURT AT LAW |
| | ) NO. 3 |
| V. | ) |
| | ) FOR |
| IRSHAD ISMAIL BAIG, | ) |
| | ) |
| Defendant, Pro Se | ) FORT BEND COUNTY, TEXAS |
| | ) |
| | ) |

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS
## APPLICATION FOR WRIT OF HABEAS CORPUS
## (T.C.C.P. ARTICLE 11.09; 11.05; 11.04; 11.01)

Applicant: IRSHAD ISMAIL BAIG
Date of Birth: April 07, 1964

### STATEMENT OF CASE

1) On or about January 20th, 2015, Applicant was notified via computer public records review of a pending misdemeanor charge of Assault Causing Bodily Injury; Family Violence/MA. Said misdemeanor charge being officially processed by Meadows Place Police Dept. (See: Attachment **A**, Misdemeanor Complaint dated 12/16/2014).

2) Case was assigned to Fort Bend County Court number 3. On January 23, 2015, Applicant gave oral notice to Court Judge of his right to speedy trial and the case was rescheduled to March 10, 2015 beginning a series of delays.

3) On or about March 05, 2015 just prior to Applicant March 10, 2015 scheduled Hearing date, the State alleged Complainant signed and filed with the Fort Bend District Clerk office a sworn, signed, notarized AFFIDAVIT setting forth in some five numerical

No. 14-CCR-177950



## County Court at Law No. 3
## Fort Bend County, Texas

| | |
|---|---|
| STATE OF TEXAS ) | IN THE COUNTY COURT AT LAW |
| ) | NO. 3 |
| V. ) | |
| ) | FOR |
| IRSHAD ISMAIL BAIG, ) | |
| ) | |
| Defendant, Pro Se ) | FORT BEND COUNTY, TEXAS |
| ) | |
| ) | |
| ) | |

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS
## APPLICATION FOR WRIT OF HABEAS CORPUS
## UNDER T.C.C.P ARTICLE 11.09 (Misdemeanor)

Applicant: IRSHAD ISMAIL BAIG
Date of Birth: April 07, 1964

### STATEMENT OF CASE

1) On or about January 20th, 2015, Applicant was notified via computer public records review of a pending misdemeanor charge of Assault Causing Bodily Injury; Family Violence/MA. Said misdemeanor charge being officially processed by Meadows Place Police Dept. (See: Attachment **A**, Misdemeanor Complaint dated 12/16/2014).

2) Case was assigned to Fort Bend County Court number 3. On January 23, 2015, Applicant gave oral notice to Court Judge of his right to speedy trial and the case was rescheduled to March 10, 2015 beginning a series of delays.

3) On or about March 05, 2015 just prior to Applicant March 10, 2015 scheduled Hearing date, the State alleged Complainant signed and filed with the Fort Bend District Clerk office a sworn, signed, notarized AFFIDAVIT setting forth in some five numerical

paragraphs and with no uncertainty of detail that at no time incident to the basis of State Misdemeanor allegations in cause number 14-C.C.R.-177950 did the Applicant Irshad Ismail Baig ever cause Complainant actual offensive, provocative or painful physical injury which AFFIDAVIT constitutes objective evidence plainly contrary to and inconsistent with State Misdemeanor Complaint. (See Exhibit 1: Affidavit of Kausar Irshad Baig attached herewith)

CAUSE:

4) Applicant pro-se would and does aver to and submit to the Court that before a criminal charge (felony or misdemeanor) may be officially recognized, sustained, acted upon by an honorable court of law, there must be evidence with sufficient indica of reliability to support a conviction of some degree.

5) Applicant pro-se has obtained and filed with proper Clerk of Court the Complainant sworn Affidavit of Nolle Prosequi (copy of same at Exhibit 2 herewith)

6) Applicant pro-se submits to the Court that the State prosecutor has absolutely no medical evidence that Complainant suffered bodily injury from the Applicant as charged by State Complaint. See: In re M.G.M. 163 S.W. 3d 298; In re Cummings 13 S.W. 3d 472, 477 [Tex. App. Corpus Christi 2000]; Woodson V. State 191 S.W. 3d 280 infra. [App. Dist. 10 2006]; Johnson V. Brewer & Pritchard P/C/ [73 S.W. 3d 193 Tex. 2002]; Ivy V. Phillips Pet. Co. [36 F. Supp. 811 S.D. Tex. 1941]; "Verdicts cannot rest on conjecture or guess"; In re Winship, 397 U.S. 358; 90 S. Ct. 1068 [1970] Tex. Penal Code Section 22.01 Assault (A), (B); Section 71.002 (b); Tex. Family Code Section 71.003

7) Here, the State has no reliable Evidence but squarely relies on a signed statement of Kausar Baig whom never actually read the statement at any time and was obviously

coerced into signing the statement by serious fear of having her children taken away from her and put in State custody.

RELIEF SOUGHT:

8) Applicant pro-se seeks immediate Dismissal with/without prejudice as it pleases the Court of all criminal charges related to or arising out of Cause Number 14-CCR-177950 Fort Bend County, Texas. So moved and prayed.

Writ GRANTED/DENIED

Respectfully submitted

_____
Presiding Judge

_____
IRSHAD ISMAIL BAIG

Date: _____, 2015

# EXHIBITS

CAUSE NO.  14-CCR-177950



THE STATE OF TEXAS

TO ANY PEACE OFFICER OF THE STATE OF TEXAS - GREETINGS:

YOU ARE HEREBY COMMANDED TO SUMMON:
IRSHAD ISMAIL BAIG
11706 NOBILITY
MEADOWS PLACE, TX 77477

To appear in person before the Honorable  County Court at Law 3  of Fort Bend County, Texas at 1422 Eugene Heiman Circle of said County in Richmond on the 23rd day of January, 2015 at 8:30 AM  then and there to answer to the charge of the STATE OF TEXAS for the offense of:    ASSAULT CAUSES BODILY INJURY FAMILY VIOLENCE
, an offense against the penal laws of the state.

FAILURE TO APPEAR before this Court in answer to this SUMMONS will cause the Court to immediately issue a WARRANT for the ARREST of said accused.

GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at office in Richmond, Texas, on this the 29th day of December, 2014

> DIANNE WILSON, COUNTY CLERK
> PHYSICAL ADDRESS: 1422 EUGENE HEIMANN CIRCLE
> MAILING ADDRESS: 301 JACKSON ST STE 101
> RICHMOND, TX 77469-3108
> FORT BEND COUNTY, TEXAS
>
> BY: _____
> Matilda Ybarra

"It is an offense for a person to intentionally influence or coerce a witness to testify falsely or to elude legal process. It is also a felony offense to harm or threaten to harm a witness or prospective witness in retaliation for or on account of the service of the person as a witness or to prevent or delay the person's service as a witness to a crime."

"Es delito intimar u obligar a un testigo a declarar con falsedad o a evadir el proceso judicial. También es delito penal herir o amenazar con herir a un testigo, o a un testigo prospectivo, en represalia o a consecuencia de haber declarado en juicio o con el afán de impedir o demorar su comparecencia como testigo de un delito."

OFFICER'S RETURN

Came to hand on the _____, at _____ o'clock _____ .M.
(1) Executed at _____ County, Texas, at _____ o'clock _____ .M.
   on the _____, by delivering to the within named _____
   at _____ County, Texas, in person a copy of this Summons.

(1) NOT EXECUTED, the diligence used to execute being _____;
   for the following reason _____, the above named may be found
   _____.

TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY.
                                    _____ Constable
                                    _____ County, Texas
                              BY _____ Deputy

(2) I, _____, swear that the above is true.

                                    _____ Authorized Person

SWORN BEFORE ME, this ____ day of _____, 19____.

* (1) Strike if not applicable.
   (2) Use only if person other than Sheriff or Constable served process.

NOTE: POLICY OF NON-DISCRIMINATION ON THE BASIS OF DISABILITY Fort Bend County does not discriminate on the basis of disability in the admission or access to, or treatment, or employment in, its programs or activities.  Fort Bend County AD coordinator, Rosenberg Annex, 4520 Reading Road, Suite A, Rosenberg, Texas 77471, phone (281) 341-8618 has been designated to coordinate compliance with the non-discrimination requirements contained in Section 35.107 of the Department of Justice regulations.  Information concerning the provisions of the American with Disability Act, and the rights provided thereunder, is available from the ADA Coordinator.

ORIGINAL

EXHIBIT 1

| | |
|---|---|
| STATE OF TEXAS ) | |
| ) | |
| V. ) | BEFORE THE COUNTY COURT |
| ) | AT LAW NO.3 FOR |
| IRSHAD ISMAIL BAIG, ) | FORT BEND COUNTY, TEXAS |
| ) | |
| Defendant, Pro Se ) | |
| ) | |

## SWORN AFFIDAVIT

I, KAUSAR IRSHAD BAIG, hereby, herein swear upon oath under penalty of perjury according to law that the following declarations, averments, statements of fact, paragraphs 1 thru 5 are true and correct being based upon my own personal knowledge and experience.

1) I was born August 22, 1972 and presently reside at 11706 Nobility Drive in Stafford, Texas 77477 and my telephone number is 281-658-2640. On or about November 09, 2014 at above residence my husband Irshad Ismail Baig and I had a misunderstanding; disagreement resulting in a serious argument concerning our financial position.

2) Although at the suggestion and assistance of my friend I was taken to a nearby police station where I signed some form of Complaint against my husband, I was too nervous to read the Complaint so I merely signed at the place I was told to sign by policeman.

3) Days later, on or about November 20, 2014, I was questioned by C.P.S. and informed that my children could be taken away from me by the State of Texas if I refused to sign papers for some "Protective Order." I looked at the papers and signed them for fear of losing my children. I never read those papers either.

4) My children are my life and if they were taken away from me, I could not live. I believe Mr. Enrico Fernando was one of the officers who talked to me. The State employees who talked with me were very nice but when it involved the State taking my children, I heard and understood very clearly and there was nobody that could quiet that tremendous fear in my heart.

5) I never suffered any actual offensive, provocative or painful physical injuries from my husband Irshad Ismail Baig at any time during the names, dates, places incident as a basis for State prosecution arising out of Fort Bend County, Texas.

Further Affiant sayeth not.

SUBSCRIBED AND SWORN BEFORE ME

THIS ___ DAY OF March ___ 15

NOTARY PUBLIC

MALIHA KHANI
MY COMMISSION EXPIRES
September 12, 2015

_____
KAUSAR IRSHAD BAIG

No. 14-CCR-177950
County Court at Law No. 3
Fort Bend County, Texas

EXHIBIT 2

| | | |
|---|---|---|
| STATE OF TEXAS | ) | IN THE COUNTY COURT AT LAW NO. 3 |
| V. | ) | |
| | ) | FOR |
| IRSHAD ISMAIL BAIG, | ) | |
| Defendant, Pro Se | ) | FORT BEND COUNTY, TEXAS |

## AFFIDAVIT OF NOLLE PROSEQUI

I, KAUSAR IRSHAD BAIG, do solemnly swear, aver, declare upon oath, under penalty of perjury, according to law that the following two paragraphs are true and correct based upon my own personal knowledge and experience.

1) The only reason I ever signed any type paper work or document related to Fort Bend County, Texas Misdemeanor Cause Number 14-CCR-177950 was because I was placed in serious fear of losing parental custody over my children due to open threat by State of Texas employees interviewing and questioning me about a family incident.

2) I do not intend to prosecute, neither will I participate in any future court or State sponsored activity related to Fort Bend County, Texas Cause Number 14-CCR-177950.

Further Affiant sayeth not.

**RECEIVED**

APR 20 2015

**DISTRICT ATTORNEY'S OFFICE**

KAUSAR IRSHAD BAIG
11706 Nobility Drive
Stafford, TX 77477
Phone: +1 281 6582640

Notary Public, Texas



MALIHA KHAN
MY COMMISSION EXPIRES
September 12, 2015



No. 14-CCR-177950
County Court at Law No. 3
Fort Bend County, Texas

| | | |
|---|---|---|
| STATE OF TEXAS | ) | IN THE COUNTY COURT AT LAW |
| | ) | NO. 3 |
| V. | ) | |
| | ) | FOR |
| IRSHAD ISMAIL BAIG, | ) | |
| | ) | |
| Defendant, Pro Se | ) | FORT BEND COUNTY, TEXAS |
| | ) | |
| | ) | |
| | ) | |

## AFFIDAVIT OF NOLLE PROSEQUI

I, KAUSAR IRSHAD BAIG, do solemnly swear, aver, declare upon oath, under penalty of perjury, according to law that the following two paragraphs are true and correct based upon my own personal knowledge and experience.

1) The only reason I ever signed any type paper work or document related to Fort Bend County, Texas Misdemeanor Cause Number 14-CCR-177950 was because I was placed in serious fear of losing parental custody over my children due to open threat by State of Texas employees interviewing and questioning me about a family incident.

2) I do not intend to prosecute, neither will I participate in any future court or State sponsored activity related to Fort Bend County, Texas Cause Number 14-CCR-177950.

Further Affiant sayeth not.

KAUSAR IRSHAD BAIG
11706 Nobility Drive
Stafford, TX 77477
Phone: +1 281 6582640

FORT BEND COUNTY, TEXAS
COUNTY CLERK

2015 APR 20 PM 4:46

FILED

Notary Public, Texas



MALIHA KHAN
MY COMMISSION EXPIRES
September 12, 2015

## No. 14-CCR-177950
## County Court at Law No. 3
## Fort Bend County, Texas

14-CCR-177950
MOTI
Motion (No Fee)
3677117

|  |  |  |
|---|---|---|
| STATE OF TEXAS | ) | BEFORE THE COUNTY |
|  | ) | COURT AT LAW NO. 3 |
| V. | ) |  |
|  | ) | FOR |
| IRSHAD ISMAIL BAIG, | ) |  |
|  | ) |  |
| Defendant, Pro Se | ) | FORT BEND COUNTY, TEXAS |
|  | ) |  |
|  | ) |  |
|  | ) |  |

## DEFENDANT PRO SE MOTION TO HOLD ALL PROCEEDINGS IN ABEYANCE UNDER INSTANT CAUSE NUMBER 14-CCR-177950 PENDING DISPOSITION OF ARTICLE 11.09 T.C.C.P (2010) HABEAS CORPUS ACTION NOW BEFORE THE TEXAS COURT OF CRIMINAL APPEALS IN AUSTIN, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, IRSHAD ISMAIL BAIG, your Defendant pro se in Cause sub judice and respectfully moves the Court to place all process in judicial abeyance on the instant Cause of action pending final subject matter disposition by the Texas Court of Criminal Appeals. It is well established law that two different courts of the same sovereign authority may not entertain subject matter jurisdiction at the same time frame.

## CASE FACTS

1) On or about December 17, 2014, Fort Bend Prosecutor filed Misdemeanor Complaint under Texas Family Code statutes against Defendant Irshad Ismail Baig.

2) On or about April 23, 2015, Defendant acting in pro-se capacity, filed his Article 11.09 Application for Writ of Habeas Corpus (pre-trial action) with the Fort Bend

County Court (No. 3) Cause number CCR-177950, making a pre-trial challenge upon the sufficiency of evidence; tainted circumstances; and, No Evidence challenges. Applicant urged immediate Dismissal of Complaint under 14-CCR-177950 as appropriate remedy/relief under habeas corpus provisions. See: Exhibit "A" Application (T.C.C.P Art. 11.09) for Writ of Habeas Corpus w/Exhibits.

PREMISES CONSIDERED:

3) Your Defendant pro se respectfully submits to the Honorable Judge here that significant substantive evidence and due process of law legal claims are timely, appropriately before the Texas Court of Criminal Appeals that warrant complete dismissal of all fact related criminal charges arising out of Fort Bend County against Defendant in Cause No. 14-CCR-177950

4) Because the higher court has total habeas corpus pre-trial jurisdiction over subject matter in Cause sub judice, the instant court is mandated to GRANT Defendant's instant pleading and enter appropriate notice of ABEYANCE onto the Court's docket sheet, thereafter directing the Court's Clerk to timely notify all interested party(s) hereto.

Respectfully Submitted,

_____

IRSHAD ISMAIL BAIG

MOTION GRANTED/DENIED

_____

PRESIDING JUDGE

_____, 2015

**No. 14-CCR-177950**
**County Court at Law No. 3**
**Fort Bend County, Texas**

| | | |
|---|---|---|
| STATE OF TEXAS | ) | BEFORE THE COUNTY |
| | ) | COURT AT LAW NO. 3 |
| V. | ) | |
| | ) | FOR |
| IRSHAD ISMAIL BAIG, | ) | |
| | ) | |
| Defendant, Pro Se | ) | FORT BEND COUNTY, TEXAS |
| | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Irshad Ismail Baig, hereby certify I have personally hand delivered true, accurate copy of foregoing PRO SE MOTION TO HOLD ALL PROCEEDINGS IN ABEYANCE to the District Attorney Office of Fort Bend County, Texas

_____, 2015

_____
Irshad Ismail Baig

Unofficial

FILED 2015 JUL 10 PM 2:3~

No. 14-CCR-177950

County Court at Law No. 3
Fort Bend County, Texas

EXHIBIT 'A'

STATE OF TEXAS )

V. )

IRSHAD ISMAIL BAIG, )

Defendant, Pro Se )

)
)
)
)

IN THE COUNTY COURT AT LAW
NO. 3

FOR

FORT BEND COUNTY, TEXAS

ORIGINAL filed on 4-23-15
in the Misd. records.
Copies NOT compared.
LAURA RICHARD, County Clerk
By _____

COPY

IN THE COURT OF CRIMINAL APPEALS OF TEXAS
APPLICATION FOR WRIT OF HABEAS CORPUS
UNDER T.C.C.P ARTICLE 11.09 (Misdemeanor)

Applicant: IRSHAD ISMAIL BAIG
Date of Birth: April 07, 1964

STATEMENT OF CASE

1) On or about January 20th, 2015, Applicant was notified via computer public records review of a pending misdemeanor charge of Assault Causing Bodily Injury; Family Violence/MA. Said misdemeanor charge being officially processed by Meadows Place Police Dept. (See: Attachment A, Misdemeanor Complaint dated 12/16/2014).

2) Case was assigned to Fort Bend County Court number 3. On January 23, 2015, Applicant gave oral notice to Court Judge of his right to speedy trial and the case was rescheduled to March 10, 2015 beginning a series of delays.

3) On or about March 05, 2015 just prior to Applicant March 10, 2015 scheduled Hearing date, the State alleged Complainant signed and filed with the Fort Bend District Clerk office a sworn, signed, notarized AFFIDAVIT setting forth in some five handwritten

RECEIVED
APR 23 2015
DISTRICT ATTORNEY'S OFFICE

paragraphs and with no uncertainty of detail that at no time incident to the basis of State Misdemeanor allegations in cause number 14-C.C.R.-177950 did the Applicant Irshad Ismail Baig ever cause Complainant actual offensive, provocative or painful physical injury which AFFIDAVIT constitutes objective evidence plainly contrary to and inconsistent with State Misdemeanor Complaint. (See Exhibit 1: Affidavit of Kausar Irshad Baig attached herewith)

CAUSE:

4) Applicant pro-se would and does aver to and submit to the Court that before a criminal charge (felony or misdemeanor) may be officially recognized, sustained, acted upon by an honorable court of law, there must be evidence with sufficient indica of reliability to support a conviction of some degree.

5) Applicant pro-se has obtained and filed with proper Clerk of Court the Complainant sworn Affidavit of Nolle Prosequi (copy of same at Exhibit 2 herewith)

6) Applicant pro-se submits to the Court that the State prosecutor has absolutely no medical evidence that Complainant suffered bodily injury from the Applicant as charged by State Complaint. See: In re M.G.M. 163 S.W. 3d 298; In re Cummings 13 S.W. 3d 472, 477 [Tex. App. Corpus Christi 2000]; Woodson V. State 191 S.W. 3d 280 infra. [App. Dist. 10 2006]; Johnson V. Brewer & Pritchard P/C/ [73 S.W. 3d 193 Tex. 2002]; Ivy V. Phillips Pet. Co. [36 F. Supp. 811 S.D. Tex. 1941]; "Verdicts cannot rest on conjecture or guess"; In re Winship, 397 U.S. 358; 90 S. Ct. 1068 [1970] Tex. Penal Code Section 22.01 Assault (A), (B); Section 71.002 (b); Tex. Family Code Section 71.003.

7) Here, the State has no reliable Evidence but squarely relies on a signed statement of Kausar Baig whom never actually read the statement at any time and was obviously

coerced into signing the statement by serious fear of having her children taken away from her and put in State custody.

RELIEF SOUGHT:

8) Applicant pro-se seeks immediate Dismissal with/without prejudice as it pleases the Court of all criminal charges related to or arising out of Cause Number 14-CCR-177950 Fort Bend County, Texas. So moved and prayed.

Writ GRANTED/DENIED

Respectfully submitted

_____

_____

Presiding Judge

IRSHAD ISMAIL BAIG

Date: _____, 2015



EXHIBITS

 

CAUSE NO.   14-CCR-177950

THE STATE OF TEXAS

TO ANY PEACE OFFICER OF THE STATE OF TEXAS - GREETINGS:

YOU ARE HEREBY COMMANDED TO SUMMON:
IRSHAD ISMAIL BAIG
11706 NOBILITY
MEADOWS PLACE, TX 77477

To appear in person before the Honorable  County Court at Law 3  of Fort Bend County, Texas at 1422 Eugene Heiman Circle of said County in Richmond on the 23rd day of January, 2015 at 8:30 AM  then and there to answer to the charge of the STATE OF TEXAS for the offense of:    ASSAULT CAUSES BODILY INJURY FAMILY VIOLENCE
, an offense against the penal laws of the state.

FAILURE TO APPEAR before this Court in answer to this SUMMONS will cause the Court to immediately issue a WARRANT for the ARREST of said accused.

GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at office in Richmond, Texas, on this the 29th day of December, 2014

> DIANNE WILSON, COUNTY CLERK
> PHYSICAL ADDRESS: 1422 EUGENE HEIMANN CIRCLE
> MAILING ADDRESS: 301 JACKSON ST  STE 101
> RICHMOND, TX 77469-3108
> FORT BEND COUNTY, TEXAS
>
> BY: _Matilda Ybarra_
>          (Matilda Ybarra)

"It is an offense for a person to intentionally influence or coerce a witness to testify falsely or to elude legal process. It is also a felony offense to harm or threaten to harm a witness or prospective witness in retaliation for or on account of the service of the person as a witness or to prevent or delay the person's service as a witness to a crime."

"Es delito intimar u obligar a un testigo a declarar con falsedad o a evadir el proceso judicial.  También es delito penal herir o amenazar con herir a un testigo, o a un testigo prospectivo, en represalia o consecuencia de haber declarado en juicio o con el afán de impedir o demorar su comparecencia como testigo de un delito."

OFFICER'S RETURN

Came to hand on the _____, at _____ o'clock ____.M.
(1) Executed at_____County, Texas, at _____ o'clock ____.M.
    on the _____,by delivering to the within named _____
    at _____County, Texas, in person a copy of this Summons.

(1) NOT EXECUTED, the diligence used to execute being_____;
    for the following reason _____, the above-named may be found
_____

TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY.

_____ Constable
_____ County, Texas
BY_____ Deputy

(2) I, _____,swear that the above is true.

_____ Authorized Person

SWORN BEFORE ME, this ____day of _____, 19____.

* (1) Strike if not applicable.
   (2) Use only if person other than Sheriff or Constable served process.

NOTE:  POLICY OF NON-DISCRIMINATION ON THE BASIS OF DISABILITY Fort Bend County does not discriminate on the basis of disability in the admission or access to, or treatment, or employment in, its programs or activities.  Fort Bend County AD coordinator, Rosenberg Annex, 4520 Reading Road, Suite A, Rosenberg, Texas 77471, phone (281) 341-8618 has been designated to coordinate compliance with the non-discrimination requirements contained in Section 35.107 of the Department of Justice regulations.  Information concerning the provisions of the American with Disability Act, and the rights provided thereunder, is available from the ADA Coordinator.

ORIGINAL

STATE OF TEXAS )
)
V. )  BEFORE THE COUNTY COURT
)  AT LAW NO.3 FOR
IRSHAD ISMAIL BAIG, )  FORT BEND COUNTY, TEXAS
)
Defendant, Pro Se )

## SWORN AFFIDAVIT

I, KAUSAR IRSHAD BAIG, hereby, herein swear upon oath under penalty of perjury according to law that the following declarations, averments, statements of fact, paragraphs 1 thru 5 are true and correct being based upon my own personal knowledge and experience.

1) I was born August 22, 1972 and presently reside at 11706 Nobility Drive in Stafford, Texas 77477 and my telephone number is 281-658-2640. On or about November 09, 2014 at above residence my husband Irshad Ismail Baig and I had a misunderstanding; disagreement resulting in a serious argument concerning our financial position.

2) Although at the suggestion and assistance of my friend I was taken to a nearby police station where I signed some form of Complaint against my husband, I was too nervous to read the Complaint so I merely signed at the place I was told to sign by policeman.

3) Days later, on or about November 20, 2014, I was questioned by C.P.S. and informed that my children could be taken away from me by the State of Texas if I refused to sign papers for some "Protective Order." I looked at the papers and signed them for fear of losing my children. I never read those papers either.

4) My children are my life and if they were taken away from me, I could not live. I believe Mr. Enrico Fernando was one of the officers who talked to me. The State employees who talked with me were very nice but when it involved the State taking my children, I heard and understood very clearly and there was nobody that could quiet that tremendous fear in my heart.

5) I never suffered any actual offensive, provocative or painful physical injuries from my husband Irshad Ismail Baig at any time during the names, dates, places incident as a basis for State prosecution arising out of Fort Bend County, Texas.

Further Affiant sayeth not.

SUBSCRIBED AND SWORN BEFORE ME
THIS ___ DAY OF March ___ 15

NOTARY PUBLIC

_____
KAUSAR IRSHAD BAIG

MALIHA KHAN
MY COMMISSION EXPIRES
September 12, 2015

No. 14-CCR-177950
County Court at Law No. 3
Fort Bend County, Texas

| | | |
|---|---|---|
| STATE OF TEXAS | ) | IN THE COUNTY COURT AT LAW |
| | ) | NO. 3 |
| V. | ) | |
| | ) | FOR |
| IRSHAD ISMAIL BAIG, | ) | |
| | ) | |
| Defendant, Pro Se | ) | FORT BEND COUNTY, TEXAS |
| | ) | |
| | ) | |
| | ) | |

## AFFIDAVIT OF NOLLE PROSEQUI

I, KAUSAR IRSHAD BAIG, do solemnly swear, aver, declare upon oath, under penalty of perjury, according to law that the following two paragraphs are true and correct based upon my own personal knowledge and experience.

1) The only reason I ever signed any type paper work or document related to Fort Bend County, Texas Misdemeanor Cause Number 14-CCR-177950 was because I was placed in serious fear of losing parental custody over my children due to open threat by State of Texas employees interviewing and questioning me about a family incident.

2) I do not intend to prosecute, neither will I participate in any future court or State sponsored activity related to Fort Bend County, Texas Cause Number 14-CCR-177950.

Further Affiant sayeth not.

**RECEIVED**

APR 20 2015

**DISTRICT ATTORNEY'S OFFICE**

KAUSAR IRSHAD BAIG
11706 Nobility Drive
Stafford, TX 77477
Phone: +1 281 6582640

Notary Public, Texas



MALIHA KHAN
MY COMMISSION EXPIRES
September 12, 2015

14 – CCR – 177950
MOTI
Motion (No Fee)
3680761

**No. 14-CCR-177950**
**County Court at Law No. 3**
**Fort Bend County, Texas**

| | | |
|---|---|---|
| STATE OF TEXAS | ) | BEFORE THE COUNTY |
| | ) | COURT AT LAW NO. 3 |
| V. | ) | |
| | ) | FOR |
| IRSHAD ISMAIL BAIG, | ) | |
| | ) | |
| Defendant, Pro Se | ) | FORT BEND COUNTY, TEXAS |
| | ) | |
| | ) | |

**DEFENDANT'S MOTION REQUESTING**
**FINDING OF FACT WITH CONCLUSIONS OF LAW**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, IRSHAD ISMAIL BAIG, Defendant pro-se and respectfully moves the

Court to make findings of fact with conclusions of law pursuant to T.C.C.P Art.11.071§8

setting forth the Court reasons for not granting Defendant's Art.11.09 Application for Habeas

Corpus relief prior to actual jury trial on subject matter in the Writ.

CAUSE:

1) On or about April 23rd, 2015 Defendant filed his pro-se Application for Writ of

Habeas Corpus Art. 11.04, 11.09 Tex. Code Crim. Proc. (2010)

2) The date is now July 14, 2015 and the Court has neither addressed or otherwise

mentioned said habeas corpus Application (#14-CCR-177950) presently pending

disposition before the Court instanter.

3) On or about June 30, 2015, some 68 plus days beyond filing date of subject matter

habeas corpus Application, the Court consolidated this Cause number with pre-

existing cause number 15-CCR-180026 and summarily scheduled jury trial of both cases on July 21st, 2015. Cause number 15-CCR-180026 also has an unanswered Art. 11.09 habeas corpus filed on or about May 13, 2015.

PREJUDICE:

4) Should the Court instanter decline to answer or otherwise respond to Defendant's timely filed Art. 11.09 Pleadings summarily continuing to jury trial then Defendant's Statutory and Constitutional rights of meaningful access to courts; access to the Great Writ will suffer irreparable injury, compelling Defendant to develop and file numerous other pro-se appellate pleadings.

PREMISES CONSIDERED:

5) Defendant respectfully requests the Court to promptly address and dispose of Defendant's Application for Writ of Habeas Corpus (Art. 11.04; 11.09) before July 21, 2015 as the First, Fifth, and Fourteenth Amendments to the Constitution of the United States requires. So Moved, Prayed.

_____
IRSHAD ISMAIL BAIG, pro-se

Date: 14th July , 2015

MOTION GRANTED/DENIED:

_____

Presiding Judge

Fort Bend County, Texas

Date: _____, 2015

## No. 14- CCR-177950
## County Court At Law No. 3
## Fort Bend County, Texas

| | | |
|---|---|---|
| STATE OF TEXAS | ) | COUNTY COURT AT LAW |
| V. | ) | |
| IRSHAD ISMAIL BAIG, | ) | No. 3 |
| Defendant, Pro Se | ) | FORT BEND COUNTY, TEXAS |

## CERTIFICATE OF SERVICE

I, IRSHAD ISMAIL BAIG, hereby certify I have delivered a true, correct copy of foregoing, attached Motion:

(1) Defendant's Pro Se Motion to Withdraw Subject Matter Habeas Corpus Jurisdiction

and Proceed Original Action in Texas Court of Criminal Appeals in Austin, Texas

To:

a) Fort Bend County Clerk Office

b) Fort Bend County District Attorney Office

c) Fort Bend County Attorney Office

IRSHAD ISMAIL BAIG

COPY
ORIGINAL filed on 9/10/15
in the ____ records.
Copies NOT compared.
LAURA RICHARD, County Clerk
By_____

RECEIVED
SEP 10 2015
DISTRICT ATTORNEY'S OFFICE

1

| | | |
|---|---|---|
| STATE OF TEXAS | ) | BEFORE THE COUNTY |
| | ) | COURT AT LAW NO. 3 |
| V. | ) | |
| | ) | FOR |
| IRSHAD ISMAIL BAIG, | ) | |
| | ) | |
| Defendant, Pro Se | ) | FORT BEND COUNTY, TEXAS |
| | ) | |
| | ) | |
| | ) | |

**DEFENDANT PRO SE MOTION TO WITHDRAW SUBJECT MATTER HABEAS CORPUS JURISDICTION AND PROCEED ORIGINAL ACTION IN TEXAS COURT OF CRIMINAL APPEALS, AUSTIN, TEXAS**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now IRSHAD ISMAIL BAIG, pro-se Defendant in Cause sub judice and hereby, herein NOTIFIES the Court of Defendant's intent to withdraw all subject matter Habeas Corpus jurisdiction in above styled, numbered cause of action; thereafter, to file said subject matter Habeas Corpus as Original action in Texas Court of Criminal Appeals sua sponte.

CAUSE:

1) This habeas corpus action is a pre-trial action of which Defendant enjoys Texas and Federal RIGHT/ENTITLEMENT to have the Court(s) rule, decide, and address the merits thereof.

2) The instant Court has been sitting on top of Defendant's pro-se pre-trial habeas corpus pleadings over 135 days without addressing the facts set forth therein or transferring

said habeas corpus APPLICATION to the Texas Court of Criminal Appeals as required by law.

3) The instant Court, to exacerbate the Defendant's Constitutional Right injury has also scheduled this Cause of action for jury trial on at least two prior occasions and then reset the Cause for trial on future dates.

4) It strongly appears to be a formidable abuse of discretion on the Court's behalf toward Defendant, therefore Defendant withdraws said habeas pleadings in favor of proceeding Original action jurisdiction in Texas Court of Criminal Appeals.

It is so urged, moved, and decreed by Defendant this 10th day of September 2015.



_____

IRSHAD ISMAIL BAIG

11706 Nobility Drive

Stafford, TX 77477

Sworn and Subscribed

before me this 10 day

of September, 2015

_____

Notary Public for

Fort Bend County, Texas

KAVITA BHATT
Notary Public
STATE OF TEXAS
My Comm. Exp. 11-13-18